UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

CINDY BAEYENS,

           Plaintiff,

v.

A. PERRI FARMS, INC., d/b/a A Perri Farms, and
ANTHONY J. PERRI, III, an individual

           Defendants.

Case No. 2:13-cv-00225-JFB-GRB

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for Plaintiff Cindy Baeyens and Defendants A. Perri Farms, Inc. and Anthony J. Perri, III that Defendants' counsel shall accept service of the Summons and Complaint on behalf of its clients and response to Plaintiff's Complaint be due on or before April 19, 2013. No previous requests for any extensions of time for Defendants to respond have been made in this action.

| Counsel for Plaintiff: | Counsel for Defendants: |
|---|---|
| Dated: 2/8/13 | Dated: 2/13/13 |
| ANDERSONDODSON, P.C. | JACKSON LEWIS, LLP |
| **Penn U. Dodson (PD 2244)** | **John Porta** |
| penn@andersondodson.com | portaj@jacksonlewis.com |
| 11 Broadway | 58 South Service Road |
| Suite 615 | Suite 410 |
| New York, NY 10004 | Melville, New York 11747 |
| 212.961.7639 tel | 631.247.4650 direct |